UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                    Plaintiff,

                                                      DECISION AND ORDER

                                                      08-CR-6226L
                                                      10-CV-6564L

                    v.

RICKY LEE WINTERS,

                    Defendant.
_____

      By motion (Dkt. #68), defendant, Ricky Lee Winters, moves to amend his petition brought pursuant to 28 U.S.C. § 2255. The motion is granted and defendant must file the amended petition on or before August 10, 2012.

      IT IS SO ORDERED.

                                                    _____
                                                       DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
         July 5, 2012.