UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,


                              Plaintiff,


                                                    ORDER

                                                    08-CR-6226L
                                                    10-CV-6564L

              v.

RICKY LEE WINTERS,


                              Defendant.
_____


       Defendant's motion for reconsideration (Dkt. #76) of this Court's order denying defendant's

§ 2255 motion (Dkt. #73)  is in all respects denied.

       IT IS SO ORDERED.


                              _____
                                   DAVID G. LARIMER
                                 United States District Judge


Dated: Rochester, New York
       January 23, 2013.